| | | |
|---|---|---|
| **AMY WORLEY HAGY, as Personal** | ) | |
| **Representative Of the ESTATE OF JESSE** | ) | |
| **JAMES WORLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ADVANCE AUTO PARTS, INC.,** | ) | |
| **SEDGWICK CLAIMS MANAGEMENT** | ) | |
| **SERVICES, INC., ACE AMERICAN** | ) | |
| **INSURANCE COMPANY, and  INDEMNITY** | ) | |
| **INSURANCE COMPANY OF NORTH** | ) | |
| **AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the parties' "Consent And Joint Motion To Modify Scheduling Order" (Document No. 36) filed June 7, 2017.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED that the parties' "Consent And Joint Motion To Modify Scheduling Order" (Document No. 36) is **GRANTED**.  The revised deadlines are as follows:

| | |
|---|---|
| Discovery completion | **August 1, 2017**; |
| Mediation/ADR | **August 18, 2017**; |
| Dispositive Motions | **September 1, 2017**; |
| Oral argument on MSJs | on or **before October 16, 2017**; |

Trial **January 8, 2018**.

**SO ORDERED**.

Signed: June 8, 2017

David C. Keesler
United States Magistrate Judge